UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA SALAZAR, surviving natural mother of MILTON SALAZAR, deceased, individually and on behalf of all wrongful death beneficiaries,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF MESA, a public entity; THE CITY OF MESA POLICE DEPARTMENT, a public entity; CYNTHIA STULL-LOZIER and JOHN DOE STULL-LOZIER, in her official and individual capacities; DAVID ENGLE and JANE DOE ENGLE, in his official and individual capacities; JOHN and JANE DOE I-X; and ABC CORPORATIONS, I-V,<br><br>　　　　　　Defendants. | **CV-05-3828-PHX-JAT**<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED dismissing Defendants John and Jane Does I-X and ABC Corporations I-V from the above-captioned matter.

　　　Dated this 30th day January, 2006.

_____
James A. Teilborg
United States District Judge